# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

PB&J Software, LLC,

        Plaintiff(s),

vs.

Code 42 Software, Inc., et al.

        Defendant(s).

Case No. 4:09-CV-123

## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for **Plaintiff** hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation:
   None

2. Subsidiaries not wholly owned by the corporation:
   None

3. Any publicly held company that owns ten percent (10%) or more of the corporation:
   None

/s/ Anthony G. Simon
Signature (Counsel for Plaintiff/Defendant)
Print Name: Anthony G. Simon
Address: 701 Market St., #1450

City/State/Zip: St. Louis, MO 63101
Phone: (314) 241-2929

I hereby certify a true copy of the foregoing Disclosure of Corporate Interest Certificate was serve (by mail, by hand delivery or by electronic notice) on all parties this 16th Day of January, 2009.