IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **PB&J SOFTWARE, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CODE 42 SOFTWARE, INC.; CUCKU, INC.; Q POINT TECHNOLOGY, INC.; and UNIVERSE POINT, L.L.C.,**<br><br>Defendants. | Case No. 4:09-cv-123<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this case against all defendants in its entirety without prejudice before any opposing party has served either an answer or a motion for summary judgment.

Respectfully submitted,

/s/ Anthony G. Simon
Anthony G. Simon         #4369
Timothy E. Grochocinski  #1443732
**THE SIMON LAW FIRM, P.C.**
701 Market Street, Suite 1450
Saint Louis, Missouri 63101
P. 314.241.2929
F. 314.241.2029
asimon@simonlawpc.com
teg@simonlawpc.com

9F3357